FILE COPY



# TEXAS COURT OF CRIMINAL APPEALS

Austin, Texas

# M A N D A T E

**TRIAL COURT NO. 09-01591-CRF-85**

**COURT OF APPEALS NO. 10-12-00064-CR**

**THE STATE OF TEXAS,**

**TO THE 85TH DISTRICT COURT OF BRAZOS COUNTY — GREETINGS:**

Before our **COURT OF CRIMINAL APPEALS**, on **NOVEMBER 19, 2014**, the cause upon appeal to review, revise or reverse your Judgment between:

**RONALD ANTONIO BONILLA**

**VS.**

**THE STATE OF TEXAS**

**CCRA NO. PD-1099-13**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the **APPELLANT'S** Petition for Discretionary Review, and the same being inspected, it is **ORDERED, ADJUDGED AND DECREED** by the Court that the Petition for Discretionary Review be **GRANTED**.

The judgment of the Court of Appeals is **AFFIRMED**, in accordance with the Opinion of this Court, and that this decision be certified below for observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things to have it duly **RECOGNIZED, OBEYED AND EXECUTED.**

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS**,

with the Seal thereof annexed, at the City of Austin,

on this day **Wednesday, February 11, 2015**.

**ABEL ACOSTA**, Clerk

By: Deana Williamson, Deputy Clerk